John Felix GREER, Petitioner-
Appellant,

v.

Bart MASTERS, Warden,
Respondent-Appellee.

No. 16-7109

United States Court of Appeals,
Fourth Circuit.

Submitted: February 1, 2017

Decided: February 8, 2017

John Felix Greer, Appellant Pro Se.

Before WILKINSON, KEENAN, and
HARRIS, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John Felix Greer, a federal prisoner,
appeals the district court's order denying
his Fed. R. Civ. P. 59(e) motion to alter or
amend its judgment accepting the recom-
mendation of the magistrate judge to dis-
miss his 28 U.S.C. § 2241 (2012) petition.
We have reviewed the record and find no
reversible error. Accordingly, although we
grant leave to proceed in forma pauperis,
we affirm for the reasons stated by the
district court. Greer v. Masters, No. 1:15-
cv-11735, 2016 WL 1103949 (S.D. W. Va.
Feb. 29, 2016). We dispense with oral ar-
gument because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

AFFIRMED